UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kenneth Danielson,
    Plaintiff
v.                        Civil Action Number: 1:20-cv-782-JL

Tourist Village Motel, Inc.,
Defendant
_____
Tourist Village Motel, Inc.
    Third Party Plaintiff

v.

Androscoggin Valley Hospital
    Third Party Defendant

_____
Tourist Village Motel, Inc.
    Third Party Plaintiff

v.

Royalty Real Estate, LLC; Royalty Inn, LLC; and
John A. Guertin, Individually
    Third Party Defendants


**ORDER**

Upon review and due consideration by the Court, Plaintiff's
Motion is GRANTED, as follows:

1. Settlement of all of Plaintiff's claims in the amount of
   $225,000.00 is approved.

2. Legal fees and expenses to Plaintiff's counsel in the
   amount of $74,999.75 are approved.

3. The agreement between Plaintiff and the worker's
   compensation insurance carrier, the apportionment of legal
   fees and expenses between the employee and the worker's
   compensation insurance carrier in the negotiated amount of
   "thirds" (i.e., one-third of the gross settlement to each
   of the Plaintiff, Plaintiff's counsel, and the worker's
   compensation insurance carrier) is approved.

4. Accordingly, the amount due to the worker's compensation insurance carrier shall be $75,000.00.

5. The amount due to the Plaintiff shall be $75,000.25.

6. A Stipulation of Dismissal shall be filed within twenty-one (21) days of the date hereof.


**SO ORDERED.**

_____
Joseph L. LaPlante
U.S. District Judge

Dated: December 21, 2021

cc:  Philip R. Waystack, Esquire
     Rebecca A. Witmon, Esquire
     Debra L. Mayotte, Esquire
     William N. Smart, Esquire
     Gary M. Burt, Esquire

2