UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kenneth Danielson,
    *Plaintiff*
v.                                                                                    Civil Action Number: 1:20-cv-782-JL

Tourist Village Motel, Inc.,
    *Defendant*

---

Tourist Village Motel, Inc.
    *Third Party Plaintiff*
v.

Androscoggin Valley Hospital
    *Third Party Defendant*

---

Tourist Village Motel, Inc.
    *Third Party Plaintiff*
v.

Royalty Real Estate, LLC; Royalty Inn, LLC; and
John A. Guertin, Individually
    *Third Party Defendants*

## ASSENTED-TO STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action shall be dismissed. The parties also stipulate that each party shall assume its own costs.

Dated: January 5, 2022                                                  Respectfully submitted,
                                                                          Kenneth Danielson
                                                                          By and through his Attorneys,
                                                                          Waystack Frizzell, Trial Lawyers

By: */s/ Philip R. Waystack*                          By: */s/ Rebecca A. Witmon*
    Philip R. Waystack, Esquire                              Rebecca A. Witmon, Esquire
    NH Bar # 2672                                                      NH Bar # 269539
    P.O. Box 137                                                         P.O. Box 507
    Colebrook, NH  03576                                       Lancaster, NH 03584
    (603) 237-8322                                                     (603) 788-4244
    phil@waystackfrizzell.com                                rebecca@waystackfrizzell.com

1

| | |
|---|---|
| Tourist Village Motel, Inc.<br>By its Attorneys,<br>DESMARAIS LAW GROUP, PLLC | Androscoggin Valley Hospital<br>By its Attorneys,<br>MORRISON MAHONEY, LLP |
| By: */s/ Debra L. Mayotte*<br>    Debra L. Mayotte, Esquire<br>    NH Bar # 8207<br>    831 Union Street<br>    Manchester, NH 03104<br>    (603) 623-5524<br>    mayotted@desmaraislawgroup.com | By: */s/ Timothy J. Donovan*<br>    Timothy J. Donovan, Esquire<br>    NH Bar # 265676<br>    1001 Elm Street, Suite 304<br>    Manchester, NH 03101<br>    (603) 518-1973<br>    tdonovan@morrisonmanhoney.com |
| Androscoggin Valley Hospital<br>By its Attorneys,<br>MORRISON MAHONEY, LLP | Royalty Real Estate, LLC,<br>Royalty Inn, LLC, and John A. Guertin<br>By their Attorneys,<br>PRIMMER PIPER<br>EGGLESTON & CRAMER PC |
| By: */s/ William N. Smart*<br>    William N. Smart, Esquire<br>    NH Bar # 18357<br>    1001 Elm Street, Suite 304<br>    Manchester, NH 03101<br>    (603) 518-1973<br>    wsmart@morrisonmanhoney.com | By: */s/ Gary M. Burt*<br>    Gary M. Burt, Esquire<br>    NH Bar # 5510<br>    900 Elm Street, 19th Floor<br>    P.O. Box 3600<br>    Manchester, NH 03105<br>    (603) 626-3300<br>    gburt@primmer.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has this day been forwarded via the Court's Electronic Case Filing System to Rebecca Anne Witmon, Esquire; Debra L. Mayotte, Esquire; William N. Smart, Esquire, Timothy Donovan, Esquire; and Gary M. Burt, Esquire.

Dated: January 5, 2022                          By: */s/ Philip R. Waystack*
                                                    Philip R. Waystack, Esquire
                                                    NH Bar # 2672